IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| | * |
| v. | * |
| | * Case No. SAG-25-302 |
| DEMETRIS WHITE, | * |
| | * |
| | * |
| | * |
| Defendant. | * |

*******

## GOVERNMENT'S MOTION TO UNSEAL

Now comes the United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Kertisha Dixon, Special Assistant United States Attorney for said District, and respectfully moves this Court to order that this Superseding Indictment and related documents be **UNSEALED**.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____/s/_____
Kertisha Dixon
Special United States Attorney

ORDERED as prayed this 17 day of November, 2025

_____
Honorable J. Mark Coulson
United States Magistrate Judge